FILED

DEC 13 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR293-WKW-CSC |
| | ) | [18 USC 922(g)(1)] |
| JEFFREY MATTHEWS | ) | |
| aka "NEW YORK" | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 26, 2006, in Crenshaw County, Alabama in the Middle District of Alabama, the defendant,

JEFFREY MATTHEWS
aka "NEW YORK",

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Sale of Controlled Substance in Ulster County, New York (0184-91) and Sale of Controlled Substance in Ulster County, New York (0027-90), knowingly and willfully possessed a firearm, in and affecting commerce, that is: a Lorcin, .25 caliber pistol, a better description of which is unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about April 26, 2006, in Crenshaw County, Alabama in the Middle District of Alabama, the defendant,

JEFFREY MATTHEWS

aka "NEW YORK",

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Sale of Controlled Substance in Ulster County, New York (0184-91) and Sale of Controlled Substance in Ulster County, New York (0027-90), knowingly and willfully possessed ammunition, in and affecting commerce, that is: live rounds of .25 caliber Winchester ammunition, a better description of which is unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

JEFFREY MATTHEWS aka "NEW YORK",

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Lorcin, .25 caliber pistol, rounds of .25 caliber Winchester ammunition

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Susan R. Redmond
Assistant United States Attorney