# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: **JANUARY 11, 2007**

DIGITAL RECORDING: **2:17 - 2:22**

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**       DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-293-WKW-CSC**                DEFT. NAME: **JEFFREY MATTHEWS**

USA: **A. CLARK MORRIS**                       ATTY: **KEVIN BUTLER**

USPTSO/USPO: **TAMARA MARTIN**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

Defendant ____ does ____ does NOT need an interpreter; NAME: _____

---

- ✓ Kars.
- ✓ kia.
- ✓ Finaff.
- ✓ koappted
- ☐ 20appt.
- ☐
- ☐
- ✓
- ☐ kotempdtn.
- ☐ kodtn.
- ☐ kocondrls.
- ☐ kbnd.
- ☐ Loc.(LC)
- ☐ ko.
- ☐ krmvhrg.
- ☐ kwvprl.
- ☐
- ☐ Karr.

Date of Arrest **1/11/07**  or  ☐ Rule 5 Arrest

Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator

Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.

**ORAL ORDER** appointing Federal Defender - **Notice to be filed.**

Panel Attorney Appointed; ☐ to be appointed - prepare voucher

Deft. Advises he will retain counsel. Has retained _____

Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;

Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held;
✓ Set for **1/16/07 @ 9:00 a.m.**  ; ☐ Prelim. Hrg Set for _____

**ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

**ORDER OF DETENTION PENDING TRIAL** entered

Release order entered. ☐ Deft. advised of conditions of release.

☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).

☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered

Bond **NOT** executed. Deft to remain in Marshal's custody

Deft. **ORDERED REMOVED** to originating district

Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings

Waiver of Preliminary hearing;

Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.

ARRAIGNMENT SET FOR: _____  ☐ **HELD**. Plea of **NOT GUILTY** entered.

☐ Trial Term _____

☐ **PRETRIAL CONFERENCE DATE:** _____

☐ **DISCOVERY DISCLOSURES DATE:** _____