IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.          ) | 2:06cr293-WKW |
| ) | |
| **JEFFREY MATTHEWS** ) | |

## MOTION TO WAIVE DETENTION HEARING

COMES now, JEFFREY MATTHEWS, by and through undersigned counsel, Kevin L. Butler, and submits this waiver of detention hearing. In support, undersigned counsel would show the following:

1. A detention hearing in this matter is scheduled for Tuesday, January 16, 2007 at 9:00 a.m.

2. The United States Probation Office has informed undersigned counsel that Mr. Matthews has multiple outstanding warrants. Therefore, even if this Court was inclined grant his release, Mr. Matthews would remain in custody.

3. For these reasons, at this time the defense waives objection to the government's motion detention hearing and waives the presently scheduled detention hearing with leave to reopen if new and material evidence can be presented to the court.

Dated this 12th day of January 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:06cr293-WKW |
| | ) | |
| **JEFFREY MATTHEWS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138