## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 1/16/07 | AT | 9:04 A.M. TO 9:23 A.M. |
| DATE COMPLETED: 1/16/07 | TO | Digital Recorded |

UNITED STATES OF AMERICA        *
                                *
VS.                             *        CASE NO.: 2:06CR293-WKW
                                *
JEFFERY MATTHEWS                *

**GOVERNMENT**           **APPEARANCES:**           **DEFENDANT**

Atty. KENT BRUNSON            *    Atty. DONNIE BETHEL
                              *
TAMARA MARTIN, USPO

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson       Law Clerk:   Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **MOTION FOR DETENTION HEARING & ARRAIGNMENT**

## SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Detention Hrg.  06cr293-WKW-CSC
**Date:** 1/16/2007
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:04:28 AM | Court | Court convenes; parties present as noted; Discussion as to the motion to waive the detention filed by deft; |
| 9:04:44 AM | Atty. Bethel | Addresses the court; Deft would like to go on with the detention hrg. |
| 9:05:01 AM | Atty. Brunson | Addresses the court as he is appearing before the court for another atty; Was told that Ms. Martin would be here, who requested the detention; Govt. is unable to go forward without a witness; |
| 9:05:19 AM | Atty. Bethel | Response; |
| 9:05:48 AM | Court | No sure where Ms. Martin is; We we take a recess to try and track her down; |
| 9:20:34 AM | Court | Court convenes; |
| 9:20:42 AM | Atty, Bethel | Addesses the court;  Deft wish to waive the detention hrg; |
| 9:20:45 AM | Court | Advised deft right to a detention hrg and his waiving his right to a detention hrg; The court accepts the waiver; Deft will be ordered detained pending further proceedings; |
| 9:21:14 AM | Atty. Brunson | Do not know the status of discovery in this case; |
| 9:21:29 AM | Court | May we proceed with arraignment? |
| 9:21:29 AM | Atty. Bethel | Yes, |
| 9:21:29 AM | Court | Arraignment colloquey begins;  Deft is placed under oath;  Deft waives reading of the indictment and enters a plea of NOT GUILTY to the charges in the Indictment; This case is assigned to Judge Watkins and his next trial term is April 23rd; |
| 9:22:45 AM | Atty. Bethel | Would prefer the April trial term; Counsel will be out of town on military leave for three weeks; |
| 9:23:10 AM | Court | I will set the case on that term begining April 23rd; Discussion as to status of discovery; |
| 9:23:23 AM | Atty. Brunson | I don't know the status; Will check at the office; |
| 9:23:30 AM | Court | Let's completed by Wednesday of this week; Court is recessed. |

01/16/07 11:54:41