**COURTROOM DEPUTY MINUTES**        DATE: FEBRUARY 20, 2007

**MIDDLE DISTRICT OF ALABAMA**      DIGITAL RECORDED: 1:12 – 1:13

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-293-WKW-CSC     **DEFENDANT NAME:** JEFFREY MATTHEWS

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. SUSAN R. REDMOND | ATTY. DONNIE BETHEL |

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** Will take 1 day to try case

☐ **REMARKS:**