UNITED STATES OF AMERICA

vs

JEFFREY MATHEWS

RECEIVED

2007 MAR -5  A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

06-293

MOTION TO DISMISS

Now comes Jeffrey Mathews, above named defendant in this action and hereby requests that my Attorney of Record, Donnie Bethel be dismissed and another attorney appointed on my behalf.

I am making this request because on several occasions of asking Mr. Bethel for documents related to my case, he has refused to give me those documents. To me this is bordering on ineffective counsel when I am not allowed documents that would assist me in making a determination on my own behalf.

Signed this 1st day of March 2007

— Jeffrey Mathews