IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | )    CR. CASE NO. 2:06cr293-WKW |
| | ) |
| JEFFREY MATTHEWS | |

**ORDER**

Now pending before the court is the defendant's pro se motion for appointment of new counsel. Upon consideration of the motion, and for good cause, the court concludes that an *ex parte* hearing with the defendant and his attorney is necessary for the court to properly consider the defendant's motion.

Accordingly, it is

ORDERED that an *ex parte* hearing with the defendant and his attorney be and is hereby set on March 26, 2007, at 1:30 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States shall not attend and the hearing shall be closed to all except the court, court staff, the defendant and defense counsel.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 19th day of March, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE