IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:06cr293-WKW |
| | ) | |
| **JEFFREY MATTHEWS** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **JEFFREY MATTHEWS,** in the above-styled case.

Dated this 21st day of March 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:06cr293-WKW |
| | ) | |
| **JEFFREY MATTHEWS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                            Respectfully submitted,

                            s/ Kevin L. Butler
                            KEVIN L. BUTLER
                            First Assistant Federal Defender
                            201 Monroe Street, Suite 407
                            Montgomery, Alabama 36104
                            Phone: (334) 834-2099
                            Fax: (334) 834-0353
                            E-mail: kevin_butler@fd.org
                            AZ Bar Code: 014138