IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:06cr293-WKW |
| | ) | |
| JEFFREY MATTHEWS | ) | |

### MOTION TO WITHDRAW DOCUMENT

I, Jeffrey Matthews, after further consultations with the Federal Defender Office, voluntarily and without coercion, withdraw my Motion to Dismiss Don Bethel and the Federal Defender Office as my attorneys. (Doc. No. 16.)

*/s/ Jeffrey Matthews   3-20-07*
JEFFREY MATTHEWS

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:06cr293-WKW |
| | ) |
| JEFFREY MATTHEWS | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138