IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. CASE NO. 2:06cr293-WKW |
| ) | |
| JEFFREY MATTHEWS | |

**ORDER**

Now pending before the court is the defendant's pro se motion for appointment of new counsel. On March 21, 2007, the defendant filed a motion to withdraw his motion for appointment of counsel (doc. # 19). Upon consideration of the motion, and for good cause,

Accordingly, it is

ORDERED that the motion to withdraw the motion for appointment of counsel be and is hereby GRANTED. It is further

ORDERED that the *ex parte* hearing presently set on March 26, 2007, at 1:30 p.m. be and is hereby CANCELLED.

Done this 21st day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE