**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:06cr293-WKW** |
| | ) | |
| **JEFFREY MATTHEWS** | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW** the Defendant, **JEFFREY MATTHEWS**, by Undersigned Counsel, Donnie W. Bethel, and respectfully moves the Court for an Order to continue the sentencing hearing in this case. In support of this motion, the Defendant would show the following:

1.     Mr. Matthews' sentencing hearing is now scheduled for June 29, 2007.

2.     Undersigned Counsel will be out of the state from June 21, 2007, until July 4, 2007. Undersigned Counsel has discussed with Mr. Matthews the possibility of another attorney from the Federal Defenders Office representing him at the sentencing hearing, but Mr. Matthews prefers that the hearing be continued so that Undersigned Counsel can be present to represent him.

3.     Therefore, Mr. Matthews requests that his sentencing hearing be reset to a date after July 4, 2007.

4.     Assistant United States Attorney Susan Redmond does not oppose this request.

5.     A continuance in this case would serve the ends of justice.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue Sentencing Hearing be granted.

Dated this 11th day of June, 2007.

Respectfully submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Ste. 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **2:06cr293-WKW** |
| | ) | |
| JEFFREY MATTHEWS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: Susan Redmond, Esq., Assistant U. S. Attorney, One Court Square,

Suite 201, Montgomery, Alabama  36104.


Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49