IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-cr-293-WKW |
| | ) | |
| JEFFREY MATTHEWS | ) | |

## **ORDER**

It is ORDERED that the sentencing scheduled for June 29, 2007, is RESCHEDULED to July 17 2007, at 10:30 a.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE