IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-293-WKW |
| ) | |
| JEFFREY MATTHEWS ) | |

**O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. # 34), it is ORDERED that the motion is GRANTED.

DONE this 21st day of June, 2007.

      /s/  W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE