**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED   JULY 17, 2007 | AT 11:14 A.M./P.M. |
| DATE COMPLETED   JULY 17, 2007 | AT 11:30 A.M./P.M. |

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CR. NO.  2:06cr293-WKW |
| | ) | |
| JEFFREY MATTHEWS | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty. Donnie Bethel |
| AUSA John Harmon | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 11:14 AM | Sentencing hearing commenced. Terms of plea agreement stated for the record.  Defendant's objection to PSR - inclusion of three criminal history points for prior conviction; objection overruled. Court rejects plea agreement. Defendant reaffirms plea of guilty. Court's **ORAL ORDER** granting [37] Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility.  Sentence imposed. Court directs that forfeiture order be included as part of the judgment.  Government's **ORAL MOTION** to Dismiss Count 2 of the Indictment.  Court's **ORAL ORDER** granting Oral Motion to Dismiss Count 2 of the Indictment. |
| 11:30 AM | Hearing concluded. |